UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

EDWARD J. MITCHELL, )
)
      Petitioner, )
)
v. ) No.: 3:20-CV-239-TAV-HBG
)
RUSSELL BARKER, )
)
      Respondent. )

### JUDGMENT ORDER

In accordance with the accompanying memorandum opinion and order, this prisoner's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice. A certificate of appealability **SHALL NOT** issue.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED**.

                                                      s/ Thomas A. Varlan
                                                      UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ John L. Medearis
     CLERK OF COURT